FILED

2004 JAN -9  P 12: 30

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE D. JEFFERSON : | **PRISONER UNIT** |
| Plaintiff : | CIVIL ACTION NO. |
| : | 3:00 CV1978 (WWE) |
| VS. : | |
| : | |
| OFFICER BRIAN FOLEY : | |
| OFFICER JEFF ANTUNA : | JANUARY 7, 2004 |
| Defendants : | |

### APPEARANCE

Enter my appearance as Attorney for the defendants, Officer Brian Foley and Officer Jeff Antuna, only, in the above-entitled case.

DEFENDANTS,
OFFICER BRIAN FOLEY
OFFICER JEFF ANTUNA

BY: _____
James J. Szerejko
Fed. Bar No. ct04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 7th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Bruce Jefferson, #245137
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06078

_____
James J. Szerejko

501084.1(HS-FP)

- 2 -

One Goodwin Square                 HALLORAN           Phone (860) 522-6103
225 Asylum Street                  & SAGE LLP          Fax (860) 548-0006
Hartford, CT 06103                                     Juris No. 26105