FILED

2004 JAN -9 P 12: 30

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE D. JEFFERSON<br>Plaintiff | **PRISONER UNIT**<br>CIVIL ACTION NO.<br>3:00 CV1978 (WWE) |
| VS. | |
| OFFICER BRIAN FOLEY<br>OFFICER JEFF ANTUNA<br>Defendants | JANUARY 7, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Officer Brian Foley and Officer Jeff Antuna, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendants will be represented by James J. Szerejko of Halloran & Sage LLP, who is filing an appearance contemporaneous with this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS,
OFFICER BRIAN FOLEY
OFFICER JEFF ANTUNA

BY: _____
Brian P. Leaming
Fed. Bar No. ct16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 7th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Bruce Jefferson, #245137
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06078

Officer Brian Foley (via certified mail)
Hartford Police Department
50 Jennings Road
Hartford, CT 06120

Officer Jeff Antuna
Hartford Police Department
50 Jennings Road
Hartford, CT 06120

Brian P. Leaming

501090.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105