```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

```
BRUCE D. JEFFERSON          :
                            :              PRISONER
     v.                     :   Case No. 3:00CV1978(WWE) (HBF)
                            :
OFFICER FOLEY, ET AL.       :
```

## RULING AND ORDER

Attorney Brian Leaming seeks to withdraw as counsel for the defendants. Attorney Szerejko has filed an appearance on behalf of the defendants. The Motion to Withdraw [doc. # 409] is GRANTED.

**SO ORDERED.**

Entered this 29th day of January, 2004, at Bridgeport, Connecticut.

```
                          _/s/ _____
                          HOLLY B. FITZSIMMONS
                          UNITED STATES MAGISTRATE JUDGE
```