UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **BRUCE D. JEFFERSON,** : | |
| Plaintiff : | 3:00CV01978 (WWE) (HBF) |
| : | |
| **VS.** : | |
| : | |
| **BRIAN FOLEY, ET AL,** : | |
| Defendant : | APRIL 7, 2004 |

## A P P E A R A N C E

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the PLAINTIFF, BRUCE D. JEFFERSON, at the request of the Court.

| | |
|---|---|
| April 7, 2004_____ | _____ |
| Date | Signature |
| | |
| ct13120_____ | NORMAN A. PATTIS |
| Connecticut Bar Number | Williams and Pattis, LLC |
| | 51 Elm Street, Suite 409 |
| (203) 562.9931_____ | New Haven, CT 06510 |
| Phone Number | Telephone (203) 562-9931 |
| | |
| (203) 776-9494_____ | |
| Fax Number | |

**CERTIFICATE OF SERVICE**

This is to certify that the forgoing Appearance was mailed on this date to the following:

James Scerejko, Esq.
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Signature