UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE D. JEFFERSON | PRISONER |
| v. | CIVIL NO: 3:00CV1978 (WWE) (HBF) |
| BRIAN FOLEY, E T AL. | |

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 83.10 and at the Court's request, Norman A. Pattis, Esquire of Williams & Pattis, 51 Elm Street, New Haven, Connecticut 06510, Tel: (203) 562-9931 is appointed as counsel for the plaintiff, Bruce D. Jefferson, in the above-captioned case.

Dated at Bridgeport, Connecticut this 7th day of May, 2004.

KEVIN F. ROWE, Clerk
By

/s/ Cynthia Earle

Cynthia Earle,
Staff Attorney