

FILED

2004 MAY 11  A 11: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE D. JEFFERSON<br>　　　Plaintiff | : | **PRISONER UNIT**<br>CIVIL ACTION NO.<br>3:00 CV1978 (WWE) |
| VS. | : | |
| OFFICER BRIAN FOLEY<br>OFFICER JEFF ANTUNA<br>　　　Defendants | :<br>:<br>: | APRIL 29, 2004 |

### APPEARANCE

Enter my appearance as Attorney for the defendants, Officer Brian Foley and Officer Jeff Antuna, in the above-entitled case.

					DEFENDANTS,
					OFFICER BRIAN FOLEY
					OFFICER JEFF ANTUNA

					BY: _____
					Eric P. Daigle
					Fed. Bar No. ct23486
					HALLORAN & SAGE LLP
					One Goodwin Square
					Hartford, CT 06103
					Tele: (860) 522-6103
					Their Attorneys
					Daigle@halloran-sage.com

## **CERTIFICATION**

This is to certify that on this 29th day of April, 2004, the foregoing was mailed, postage prepaid, to:

Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
Suite 409
New Haven, CT 06510

_____
Eric P. Daigle

544637.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105