



FILED

2004 MAY 11  A 11: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE D. JEFFERSON<br>Plaintiff | : **PRISONER UNIT**<br>: CIVIL ACTION NO.<br>: 3:00 CV1978 (WWE) |
| VS. | : |
| OFFICER BRIAN FOLEY<br>OFFICER JEFF ANTUNA<br>Defendants | :<br>:<br>: APRIL 29, 2004 |

## DEFENDANTS' MOTION TO LIFT STAY

The defendant, Officer Jeff Antuna, respectfully moves the Court to lift the stay of all proceedings entered under the Soldiers' and Sailors' Relief Act of 1940, 50 U.S.C. § 521. On April 9, 2003, defendant Antuna moved for a stay of all proceedings based on the fact that he was called to Active Duty with the United States Air Force during Operation Iraqi Freedom. Officer Antuna has now returned from Active Duty and has returned to his employment with the Hartford Police Department.

Wherefore, based on Officer Antuna's return from Active Duty, the defendant respectfully requests the Court lift the stay previously ordered in this matter.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS,
OFFICER BRIAN FOLEY
OFFICER JEFF ANTUNA

BY: /s/ Eric P. Daigle
Eric P. Daigle
Fed. Bar No. ct23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
Their Attorneys
Daigle@halloran-sage.com

## CERTIFICATION

This is to certify that on this 29th day of April, 2004, the foregoing was mailed, postage prepaid, to:

Norman Pattis, Esquire
Williams and Pattis, LLC
51 Elm Street
Suite 409
New Haven, CT 06510

/s/ Eric P. Daigle
Eric P. Daigle

544610.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105