

FILED

2004 MAY 11 A 11: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE D. JEFFERSON<br>Plaintiff | **PRISONER UNIT**<br>CIVIL ACTION NO.<br>3:00 CV1978 (WWE) |
| VS. | |
| OFFICER BRIAN FOLEY<br>OFFICER JEFF ANTUNA<br>Defendants | APRIL 29, 2004 |

### MOTION FOR LEAVE TO CONDUCT DEPOSITION OF INCARCERATED PLAINTIFF

Pursuant to Rule 30(a)(2) of the Federal Rule of Civil Procedure, the defendants, Officer Brian Foley and Officer Jeff Antuna, request leave of the Court to conduct the deposition of the plaintiff, Bruce D. Jefferson, who is presently incarcerated at the MacDougall Correctional Institution in Suffield, Connecticut. Mr. Jefferson's Connecticut Department of Corrections inmate number is 245137.

On March 21, 2003, a Motion For Leave to Conduct the deposition of the incarcerated plaintiff, Bruce Jefferson, was filed with the Court. By Ruling and Order dated April 22, 2003, the Court denied the motion without prejudice for renewal after counsel was appointed to represent the plaintiff. On April 7, 2004, Attorney Norman Pattis filed an Appearance on behalf of the plaintiff. As such, the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

named defendants renew their request to conduct the plaintiff's deposition at the convenience of the Department of Corrections and plaintiff's counsel.

DEFENDANTS,
OFFICER BRIAN FOLEY
OFFICER JEFF ANTUNA

BY: _____
Eric P. Daigle
Fed. Bar No. ct23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
Their Attorneys
Daigle@halloran-sage.com

## CERTIFICATION

This is to certify that on this 29th day of April, 2004, the foregoing was mailed, postage prepaid, to:

Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
Suite 409
New Haven, CT 06510

_____
Eric P. Daigle

544111.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105