UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRUCE D. JEFFERSON              :
                                :
        v.                      :
                                :    CIV. NO. 3:00CV1978 (WWE)
OFFICER BRIAN FOLEY             :
OFFICER JEFF ANTUNA             :

RULING ON DEFENDANTS' MOTIONS TO LIFT STAY AND FOR LEAVE TO
CONDUCT DEPOSITION OF INCARCERATED PLAINTIFF

Defendants' Motion to Lift Stay **[Doc. #55]** due to the
return of the defendant, Officer Jeff Antigua, from active
military service is **GRANTED** absent objection.

Defendants' Motion for Leave to Conduct Deposition of
Incarcerated Plaintiff **[Doc. #56],** Bruce D. Jefferson, is
**GRANTED.**

SO ORDERED at Bridgeport this 21st day of July, 2004.


              ___/s/_____
              HOLLY B. FITZSIMMONS
              UNITED STATES MAGISTRATE JUDGE