## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE D. JEFFERSON,<br>    Plaintiff | :<br>: 3:00CV01978 (WWE) (HBF)<br>: |
| VS. | :<br>: |
| BRIAN FOLEY, ET AL,<br>    Defendant | :<br>: August 3, 2004 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

The plaintiff respectfully requests an extension of time until September 3, 2004, within which to respond to the first set of interrogatories and requests for production served on the plaintiff through counsel on July 1, 2004.  In support hereof, the undersigned represents as follows:

1. I have agreed to represent Mr. Jefferson on a pro bono basis.

2. The interrogatories and requests for production served on Mr. Jefferson arrived while I was on a family vacation.

3. I returned to the office July 26, 2004.

4. During the 30 days within which interrogatories and requests for production were to be answered, I obtained the consent of my adversary, Eric Daigle, for this extension.

5. This is the first request for an extension of time.

                                    THE PLAINTIFF
                                    BRUCE D. JEFFERSON

BY: _____
NORMAN A. PATTIS
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Tel. No. (203) 562-9931
Fax No. (203) 776-9494
Fed. Bar No. ct13120

His Attorney

**CERTIFICATE OF SERVICE**

    This is to certify that the forgoing Appearance was mailed on this date to the following:

Eric P. Daigle, Esq.
Halloran & Sage
One Goodwin Square
Hartford, CT 06103

_____NORMAN A. PATTIS