```
                    UNITED STATES DISTRICT COURT

                      DISTRICT  OF  CONNECTICUT
```

Bruce D. Jefferson

V.                             Case Number:  3:00CV1978(WWE)

Brian Foley, et al

**ORDER**

Doc. #58  Motion for extension of time until **9/3/04** to respond to Discovery **ORDERED ACCORDINGLY**.

Dated at Bridgeport, Connecticut, August 11, 2004.

```
                         KEVIN F. ROWE, CLERK

                         By: /s/ Deborah A. Candee
                             Deborah A. Candee
                             Deputy Clerk
```