UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE D. JEFFERSON | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:00 CV1978 (WWE) |
| VS. | : | |
| | : | |
| OFFICER BRIAN FOLEY | : | |
| OFFICER JEFF ANTUNA | : | |
| Defendants | : | DECEMBER 10, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The undersigned defendants, Officer Brian Foley and Officer Jeff Antuna, respectfully move for an enlargement of time in which to answer or respond to the plaintiff's Second Amended Complaint. The undersigned defendants specifically request an enlargement of time of thirty (30) days to and including January 13, 2004 to answer or respond to the plaintiff's Second Amended Complaint.

The plaintiff filed a Second Amended Complaint dated November 22, 2004 which was received by defendants' counsel on November 24, 2004. Counsel for the undersigned defendants recently completed a lengthy jury trial in the case entitled Doe v. City of Hartford, et al. bearing Case No. 3:97CV205 in Hartford District Court before The Honorable Robert N. Chatigny. As such, undersigned counsel needs the requested time to analyze and properly respond to the plaintiff's Second Amended Complaint.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This is the defendants' <u>first</u> request for an enlargement of time in which respond

or answer the plaintiff's Second Amended Complaint and plaintiff's counsel, Attorney

Norm Pattis, has consented to this request.

Wherefore, for the foregoing reasons, the undersigned defendants respectfully

request an enlargement of time  of thirty (30) days to and including January 13, 2004 to

answer or respond to the plaintiff's Second Amended Complaint.

<div style="margin-left:50%">

DEFENDANTS,
OFFICER BRIAN FOLEY
OFFICER JEFF ANTUNA


BY:    _____
       Eric P. Daigle
       Fed. Bar No. ct23486
       HALLORAN & SAGE LLP
       One Goodwin Square
       Hartford, CT  06103
       Tel: (860) 522-6103
       Daigle@halloran-sage.com

</div>

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 10th  day of December 2004, the foregoing Motion for Enlargement of Time was either mailed, postage prepaid, or hand-delivered to:

Norman A. Pattis, Esq.
Williams & Pattis
51 Elm Street, Ste 409
New Haven, CT 06510


_____
Eric P. Daigle

626559.1(HS-FP)

- 3 -