UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE D. JEFFERSON : | |
|     Plaintiff : | CIVIL ACTION NO. |
| : | 3:00 CV1978 (WWE) |
| VS. : | |
| : | |
| OFFICER BRIAN FOLEY : | |
| OFFICER JEFF ANTUNA : | JANUARY 12, 2005 |
|     Defendants : | |

## MOTION TO DISMISS

The undersigned defendants, Officer Brian Foley and Officer Jeff Antuna, move to dismiss the plaintiff's Amended Complaint pursuant to Rules 4(m) and 4(e) of the Federal Rules of Civil Procedure insofar as it directs any claims to them.

The undersigned defendants also move to dismiss the Second Amend Complaint pursuant to Rules 8 and 10 of the Federal Rules of Civil Procedure in that the Second Amended Complaint fails to contain any specific allegations of fact indicating deprivation of the plaintiff's civil rights.  In addition, the plaintiff has failed to state a claim for which relief can be granted under the Fourteenth Amendment.

For the reasons set forth in the attached Memorandum of Law, the defendants' Motion to Dismiss should be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS,
OFFICER BRIAN FOLEY
OFFICER JEFF ANTUNA


BY: _____
Eric P. Daigle
Fed. Bar No. ct23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT  06103
Tel: (860) 522-6103
daigle@halloran-sage.com


### CERTIFICATION

This is to certify that on this 12th day of January, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Norman A. Pattis, Esquire
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510


_____
Eric P. Daigle

637111.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105