# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

**PLAINTIFF:** Bruce D. Jefferson
**COURT CASE NUMBER:** 3:00CV1978(WWE)H.B.F.
**DEFENDANT:** Officer Jeff Antuna
**TYPE OF PROCESS:** Complaint

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:**
Jeff Antuna - Officer c/o HTFD. City Clerk

**ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):**
AT 550-Main St. HTFD Conn 06103

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Bruce D. Jefferson - #245137
1153 - East St. South
Suffield, Conn 06078

Number of process to be served with this Form - 285: 
Number of parties to be served in this case: 
Check for service on U.S.A.:

*RECEIVED - UNITED STATES MARSHAL - DISTRICT OF CONNECTICUT - 01 JAN 22 2:56*

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**
IFP    "Official Capacity"
HTFD. City Hall
550-Main St
HTFD, Conn 06103

**Signature of Attorney or other Originator requesting service on behalf of:** Bruce D. Jefferson
☒ PLAINTIFF  ☐ DEFENDANT
**TELEPHONE NUMBER:** None
**DATE:** 12-12-00

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| (Sign only first USM 285 if more than one USM 285 is submitted) | 1 | No. 14 | No. 14 | A.L. Whitfield | 1/10/01 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served (if not shown above):**
Lee Sevigny (Senior Asst Clerk)

**Date of Service:** 01/19/2001  **Time:** 10 am

**Service Fee:** 45⁰⁰
**Total Mileage Charges (including endeavors):**
**Forwarding Fee:**
**Total Charges:** 45⁰⁰
**Advance Deposits:**
**Amount owed to U.S. Marshal:** 45⁰⁰
**Amount of Refund:**

**REMARKS:**

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    **FORM USM-285 (Rev. 12/15/80)**

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

13

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Bruce D. Jefferson | 3:00CV1978(AWE) HBF |
| DEFENDANT | TYPE OF PROCESS |
| Officer Brian Foley | Complaint |

SERVE — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brian Foley - Officer c/o HTFD. City Clerk

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT  550 - Main St. - HTFD Conn 06103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bruce D. Jefferson - #245137
1153 - East St. South
Suffield, Conn 06078

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP   "Official Capacity"

HTFD. City Hall
550 - Main St
HTFD, Conn 06103

Signature of Attorney or other Originator requesting service on behalf of:
Bruce D. Jefferson
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: None
DATE: 12-12-00

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | G. L. Whitfield | 1/10/01 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Lee Sevigny ( Senior Acct Clerk )

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 01/14/2001   Time: 10:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | 45.00 | |

REMARKS:

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)