UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE D. JEFFERSON, : | |
|    Plaintiff : | 3:00CV01978 (WWE) (HBF) |
| : | |
| VS. : | |
| : | |
| BRIAN FOLEY, ET AL, : | |
|    Defendant : | FEBRUARY 7, 2005 |

**JOINT MOTION FOR VOLUNTARY DISMISSAL**

The parties respectfully request that this Court enter an order of voluntary dismissal of this case pursuant to Rule 41(a) of the federal Rules of Civil Procedure, and that the order enter without fees and costs to either party.

      THE PLAINTIFF

      By_____
        NORMAN A. PATTIS
        649 Amity Road
        Bethany, CT 06524
        203.393.3017
        203.393.9745 (fax)
        Fed. Bar No. Ct13120

      THE DEFENDANTS

      By_____
        ERIC DAIGLE
        Halloran & Sage
        One Goodwin Square
        Hartford, CT 06103
        860.522-6103
        860.548.0006
        Fed. Bar No. ct 06103